IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 00-cr-00032-DBS-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DANIEL MARQUEZ,

    Defendant.

## ORDER DISMISSING PETITION ON SUPERVISED RELEASE

    This matter is before the Court upon the report of the probation officer regarding defendant's satisfactory adjustment to supervised release. The probation officer filed a petition on supervised release with the Court April 27, 2006, outlining numerous allegations of defendant's use/possession of a controlled substance. On June 15, 2006, defendant appeared before the Honorable Daniel B. Sparr and admitted eight of ten allegations in the probation officer's petition. The matter was continued for five months for sentencing, and the probation officer has since informed the Court that defendant has managed to remain abstinent from illicit substances during this five month period, and is in full compliance with the conditions of his supervised release. Accordingly, it is

    ORDERED that the probation officer's petition on supervised release filed April 27, 2006, be dismissed. It is

    FURTHER ORDERED that the sentencing hearing scheduled for November 2, 2006, be vacated.

DATED at Denver, Colorado, this 30 day of October, 2006.

BY THE COURT:

_____
Richard P. Matsch
Senior United States District Judge