# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For Revocation of Supervised Release) |
|---|---|
| v. | Case Number: 00-cr-00032-DBS-01 |
| DANIEL JOSE MARQUEZ | USM Number: 15286-085 |
| | Janine Yunker, AFPD (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1, 2, 3, 4, and 5, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of this violation:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Report to the Probation Officer as Directed | 03/01/07 |
| 2 | Failure to Submit Written Reports | 02/07 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

May 16, 2007
Date of Imposition of Judgment

*/s/ Richard P. Matsch*
Signature of Judge

Richard P. Matsch, Senior District Judge
Name & Title of Judge

May 22, 2007
Date

DEFENDANT: DANIEL JOSE MARQUEZ
CASE NUMBER: 00-cr-00032-DBS-01                                            Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Failure to Work Regularly | 04/07 |
| 4 | Failure to Notify the Probation Officer of Change in Employment | 11/13/06 |
| 5 | Failure to Participate in Drug Treatment as Directed by the Probation Officer | 03/05/07 |

DEFENDANT: DANIEL JOSE MARQUEZ
CASE NUMBER: 00-cr-00032-DBS-01                                        Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ten (10) months.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

         Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

                                                    _____
                                                    UNITED STATES MARSHAL

                                              By_____
                                                    Deputy United States Marshal